UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RIOS, | No. 2: 20-cv-0146 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| DELMAR GREENLEAF, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 5, 2021, defendant Greenleaf filed a summary judgment motion. In support of the summary judgment motion, defendant filed defendant Greenleaf's declaration supported by approximately 181 pages of medical records. (ECF Nos. 38, 32-1, 32-2.)

    In his declaration, defendant Greenleaf does not identify the page numbers of the medical records to which he refers.[1]

////

////

---

[1] For example, defendant Greenleaf declares, "The medical records also note that the Banner Lassen Emergency room doctor had ordered an H-Pylori blood serology test instead of the correct test, which is a stool antigen test." (ECF No. 32 at 4.) Defendant Greenleaf does not identify where in the 181 pages of medical records attached to his declaration the record regarding the H-Pylori blood serology test ordered by the Banner Lassen Emergency room doctor is located.

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, defendant Greenleaf shall file an amended declaration identifying with specificity the page numbers of the medical records to which he refers, for each time that he refers to them.

Dated: August 9, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rios146.fb