UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RIOS<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DELMAR GREENLEAF, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0146 TLN KJN P<br><br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

　　　　Plaintiff is a prisoner, proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On October 19, 2021, the court found the appointment of counsel was warranted for the limited purpose of drafting an amended complaint and referred the case to Sujean Park Castelhano to locate an attorney for this limited purpose (ECF No. 42). Carter C. White and the King Hall Civil Rights Clinic have been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Carter C. White and the King Hall Civil Rights Clinic are appointed as limited purpose counsel in the above-entitled matter. This appointment is for the limited purpose of investigating the claim, then drafting and filing an amended complaint. The amended complaint is due 120 days from the date of this order.

1

2. Carter C. White and the King Hall Civil Rights Clinic's appointment will terminate when plaintiff's amended complaint is filed, or files a notice that an amended complaint would not be appropriate.

3. Appointed counsel shall notify Sujean Park Castelhano at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Carter C. White, King Hall Civil Rights Clinic, UCD Clinical Program Bldg. TB 30, 1 Shields Ave., Davis, CA 95616.

Dated:  November 3, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rios0146.31