UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RIOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DELMAR GREENLEAF, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0146-TLN-KJN P<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT OR TO NOTIFY THE COURT THAT AN AMENDED COMPLAINT IS INAPPROPRIATE** |

　　　The parties stipulated to extend by 30 days Plaintiff's deadline to file an amended complaint or to notify the Court that an amended complaint would not be appropriate.

　　　IT IS HEREBY ORDERED that: Plaintiff will have 30 additional days to file an amended complaint, or to notify the Court that an amended complaint would not be appropriate, up to and including April 4, 2022.

Dated:  March 8, 2022

rios146.eot(p)

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1