| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ISRAEL RIOS, | Case No. 1:19-cv-1009-DAD-HBK |
|---|---|
| Plaintiff, | ORDER REASSIGNING RELATED CASES |
| v. | |
| RAVI, et al., | |
| Defendants. | |
| | Case No. 2:20-cv-00146-TLN-KJN |
| ISRAEL RIOS | |
| Plaintiff, | |
| v. | |
| DELMAR GREENLEAF, et al., | |
| Defendants. | |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). L.R. 123(a) (E.D. CA. March 1, 2022). The actions involve the same property, transaction or event and similar questions of fact and the same question of law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Accordingly, it is **ORDERED**:

1. Therefore, the action denominated as 2:20-cv-146 is reassigned to Magistrate Judge Barch-Kuchta and United States District Judge Drozd for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:20-cv- 146 DAD HBK.

2. The Clerk of the Court is directed to make appropriate adjustments in the assignment of civil cases to compensate for this reassignment. Any and all dates currently set before Magistrate Judge Newman and the Honorable Troy L. Nunley are hereby vacated.

Dated:     April 23, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE