1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ISRAEL RIOS,                                Case No.  2:20-cv-00146-DAD-HBK (PC)

12                    Plaintiff,                   ORDER RELIEVING APPOINTED
                                                   COUNSEL FOR PLAINTIFF
13          v.
                                                   (Doc. No.  43)
14    DELAMR GREENLEAF, ET. AL.,

15                    Defendants.

16

17          Plaintiff Israel Rios initiated this action proceeding pro se by filing a prisoner civil rights

18    complaint pursuant to 42 U.S.C. § 1983 on January 21, 2020 in the Sacramento Division of this

19    Court.  (Doc. No. 1).  After defendant Greenleaf moved for summary judgment, the previously

20    assigned magistrate judge entered an order directing the Court's pro bono panel to find an

21    attorney for the limited purpose of drafting an amended complaint on October 19, 2021.  (Doc.

22    No. 43).  On November 3, 2021, Attorney Carter C. White and the King Hall Civil Rights Clinic

23    was appointed for the limited purpose of filing an amended complaint.  (Doc. Nos. 43, 45). The

24    First Amended Complaint was filed on April 4, 2022.  (Doc. No. 46, "FAC").  The FAC named

25    Joseph Dragon, N.P. and Nandkumar Ravi, M.D. as the sole defendants.  In opposing Defendant's

26    motion to dismiss the FAC, counsel noted that the Court appointed him for a limited purpose.

27    (Doc. No. 53 at 3)(inviting the court to resolve issue of counsel's appointment prior to ruling on

28    the motion to dismiss).  After the filing of the FAC the case was reassigned to the Fresno Division

1    pursuant to Local Rule 123(a).  (Doc. No. 48).

2         Accordingly, it is **ORDERED**:

3        1.     The appointment of Attorney Carter C. White and the King Hall Civil Rights

4    Clinic was for the limited purpose of filing a First Amended Complaint.  The Court terminates

5    counsel's appointment in light of the filing of the First Amended Complaint.

6        2.     The Clerk of Court shall correct the docket to reflect: Attorney Carter C. White

7    and the King Hall Civil Rights Clinic no longer represents Plaintiff; and Joseph Dragon, N.P. and

8    Nandkumar Ravi, M.D remain as the sole defendants.

9

10    Dated:     August 18, 2022

11                                    HELENA M. BARCH-KUCHTA

12                                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28