UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RIOS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>N.P. JOSEPH DRAGON, MD NANDKUMAR RAVI,<br><br>　　　　　　　Defendants. | Case No.  2:20-cv-00146-ADA-HBK (PC)<br><br>ORDER DIRECTING SERVICE OF PROCESS ON DEFENDANT MD NANDKUMAR RAVI<br><br>(Doc. No.  63) |

　　　　Plaintiff Israel Rios—a prisoner in the CDCR—is proceeding *in forma pauperis* on his first amended complaint (Doc. No. 63).[1]  The Court issued a screening order finding the FAC stated a cognizable medical deliberate indifference claim against Defendants N.P. Joseph Dragon and MD Nandkumar Ravi.  (Doc. No. 63).  Defendant  Ravi remains unserved.[2]  (*Id.* at 2)(noting no executed service of process forms and further noting Defendant Ravi moved to dismiss based on lack of service of process)(*see also* Doc. No. 49 at 16).  Plaintiff shall provide the Clerk of Court with an address for Defendant Ravi so the Court may direct proper service of process upon Defendant Ravi.  Fed. R. Civ. P. 4(c)(3).

---

[1] After initially relieving appointed counsel who was appointed for the limited purpose of filing the FAC (Doc. No. 60, the Court recently re-appointed counsel for Plaintiff.

[2] The Court directed service of process on Defendant Dragon by separate service order, who has waived service of process.  (Doc. Nos. 65, 67).

Accordingly, it is **ORDERED**:

**Within fourteen (14) days,** Plaintiff shall provide an address for Defendant Ravi directly to the Clerk of Court and file a Notice of Compliance on the docket.  The Court will then order directing service upon Defendant Ravi.

Dated:   November 7, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE